UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____
                                                    )
DAVID L. GILLILAND, and            )
SOUTHEASTERN IMAGING GROUP,  )
LLC,                                             )
                                                    )
                                                    )     **CIVIL ACTION NO.:**
             Plaintiffs,                       )
       v.                                         )
                                                    )
JONATHAN K. HERGERT            )     **05-cv-1059-TFM**
                                                    )
             Defendant.                      )
                                                    )
_____)


**PLAINTIFFS' WITHDRAWAL OF ANY AND ALL
"STAND ALONE CLAIMS" UNDER 70 P.S. § 1-501(a)**

Plaintiffs David Gilliland and Southeastern Imaging Group, LLC (hereinafter "Plaintiffs"), by and through their counsel, DeForest Koscelnik Yokitis Kaplan & Berardinelli, hereby alert the Court and the Defendant that in light of the Court's recent ruling, they have elected to withdraw the purported new "stand alone" claims under 70 P.S. § 1-501(a) that provided the premise for Defendant's Motion for a Continuance. [1]

Having withdrawn the sole basis for Defendant's Motion, Plaintiffs are ready and intend to proceed with trial starting July 21, 2008, and Plaintiffs respectfully request the Court to reinstate the current trial schedule.

---

[1] Plaintiffs intend to proceed on their cause of action under 70 P.S. § 1-401 as incorporated in § 1-501.

                                        Respectfully submitted,

Dated:  July 11, 2008                s/      Gary L. Kaplan
                                        Gary L. Kaplan, Pa. I.D. No. 75524
                                        David J. Berardinelli, Pa. I.D. No. 79204
                                        David H. Cook, Pa. I.D. No. 201059
                                        DeFOREST KOSCELNIK YOKITIS
                                        KAPLAN & BERARDINELLI
                                        Koppers Building, 30th Floor
                                        Pittsburgh, PA  15219
                                        Telephone:    412-227-3100
                                        Facsimile:    412-227-3130

                                        Counsel for Plaintiffs